UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CMC FUNDING, INC.,

                         **Plaintiff,**

            -against-

EQUITY PRIME MORTGAGE LLC,

                         **Defendant.**

------------------------------------------------------------------X

19-CV-01684 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On November 18, 2019, the parties informed the Court that they had reached a settlement. ECF No. 47. Accordingly, it is:

ORDERED that this case is dismissed, provided, however, that within 30 days of the date of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 18, 2019
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2019